UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE

**STATE FARM FIRE AND CASUALTY COMPANY,**

    **Plaintiff,**

v.          No.:    3:09-CV-368

**DAVID JONES, G & A TRUCKING, INC.,
DENNIS MYERS and SUZANNE MYERS,**

    **Defendants.**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Comes Plaintiff, pursuant to Rule 41(a)(1) of the <u>Federal Rules of Civil Procedure</u> and gives notice that this action is voluntarily dismissed without prejudice. Plaintiff would show that Defendants have not appeared and no responsive pleadings have been filed.

    Respectfully submitted this the 17th day of September, 2009.


s/S. Douglas Drinnon_____
S. Douglas Drinnon (B.P.R.# 018629)
RAINWATER, DRINNON, & CHURCHWELL, PLLC
P.O. Box 1760
Dandridge, TN 37725
Phone:        865-397-3939
Fax:           865-397-3132
Email:         sdoug@rainwaterlaw.net
Attorney for State Farm Fire and Casualty Company


CERTIFICATE OF SERVICE

    I certify that I forwarded the above-referenced document to the following persons and entities: John Rosson, P.O. Box 2708, Knoxville, TN 37901-2708, Jon Cope, P.O. Box 2644, Knoxville, TN 37901-2644, Robert Knolton, P.O. Box 4459, Oak Ridge, TN 37831, and C. Patrick Sexton, P.O. Box 4187, Oneida, TN 37841, and David Jones, 67 Williamsburg St., Whitley City, KY. 42653, on the 17th day of September, 2009.

                                                  s/ S. Douglas Drinnon